UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ANTHONY J. CLARK : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: |
| : | |
| POPE JOHN PAUL II CULTURAL : | |
| FOUNDATION, INC. : | |
| 3900 Harewood Road, N.E. Washington, DC 20017 : | |
| Defendant. : | |

## NOTICE OF REMOVAL

COMES NOW DEFENDANT, Pope John Paul II Cultural Foundation, Inc., by and through counsel, Carr Maloney, P.C. and pursuant to 28 U.S.C. §1446 et seq. respectfully requests the removal of this action to the United States District Court for the District of Columbia. As grounds therefor, defendant states as follows:

1. A civil action has been commenced and is now pending in the Superior Court for the District of Columbia captioned *Anthony J. Clark v. Pope John Paul II Cultural Foundation, Inc.* Civil Action No.: 05-9603

2. Plaintiffs, through counsel, filed the litigation in the Superior Court on or about December 16, 2005, and service was obtained on January 6, 2006. A true and accurate copy of the Complaint served upon defendant is attached hereto as Exhibit A.

3. Section 1446 of Title 28 of the United States Code provides for the removal of certain state court actions to Federal Court within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action is based. 28 U.S.C. §1446(b). Thus, this Notice of Removal is timely filed within the period set forth in 28 U.S.C. §1446(b).

4. Upon information and belief at the time of filing of the Complaint, plaintiff was, and is now, a citizen and resident of the State of Maryland. Exhibit A at ¶1.

5. At the time of the incident set forth in the Complaint, defendant Pope John Paul II Cultural Foundation is 501(c)(3) charitable organization located and doing business in the District of Columbia.

6. No properly joined defendant is a citizen of the same state of which the plaintiff is a citizen. Therefore, complete diversity of citizenship exists between all properly joined parties in this action.

7. The amount of controversy in this action exceeds $75,000, exclusive of interest and cost.

8. Accordingly, this action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(2) based upon diversity of citizenship, and which is therefore removable to the United States District Court for the District of Columbia. 28 U.S.C. §1441(a). This action, therefore, may be removed to this Court.

9. A true and accurate copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the District of Columbia, in accordance with U.S.C. §1446(d).

10. A true and accurate copy of this Notice of Removal is also being sent to plaintiff through his counsel, in accordance with 28 U.S.C. §1446(d).

11. Pursuant to 28 U.S.C. §1446(a), attached to this Notice of Removal is a copy of all process, pleadings and orders served upon defendant in this action to date.

12. Defendant has complied with all of the requirements for removal under Title 28 of the United States Code.

WHEREFORE, defendant Pope John Paul II Cultural Foundation, Inc. respectfully requests that the instant action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia as provided by 28 U.S.C. §§1441 et seq.

Respectfully Submitted,

CARR MALONEY, P.C.

BY: _____
Thomas L. McCally, Esquire #391937
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing notice of removal was mailed, postage prepaid on this 3rd day of February, 2006, to:

Bruce Frederickson, Esquire
Webster, Frederickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, DC 20006
*Counsel for plaintiff*

_____
Thomas L. McCally