UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ANTHONY J. CLARK | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| POPE JOHN PAUL II CULTURAL FOUNDATION, INC. | : |
| Defendant. | : |

**CERTIFICATE REQUIRED BY LOCAL RULE 7.1**

I, the undersigned, counsel of record for Pope John Paul II Cultural Foundation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Pope John Paul II Cultural Foundation which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determinate the need for recusal.

Respectfully Submitted,

CARR MALONEY, P.C.

BY: _____
Thomas L. McCally, Esquire #391937
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was mailed, postage prepaid on this 3 day of February, 2006, to:

Bruce Frederickson, Esquire
Webster, Frederickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, DC 20006
*Counsel for plaintiff*

Thomas L. McCally