UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony J. Clark, ) | |
|         Plaintiff, ) | |
| v. ) | Civil Action No. 06-197 (RBW) |
| Pope John Paul II Cultural Foundation, Inc., ) | |
|         Defendant. ) | |

## PRAECIPE REQUESTING ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Bruce A. Fredrickson of Webster, Fredrickson & Brackshaw as the attorney of record for Plaintiff Anthony J. Clark in the above-referenced case.

The undersigned hereby certify that they are members in good standing of the Bar of this Court.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

*/s/ Bruce A. Fredrickson*
Bruce A. Fredrickson #933044
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff Clark

**CERTIFICATE OF SERVICE**

    I hereby certify that on this **21st** day of February 2006, a copy of the foregoing Praecipe Requesting Entry of Appearance was served by first class mail, postage prepaid, to:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

                                                  */s/ Bruce A. Fredrickson*
                                                  Bruce A. Fredrickson  #933044
                                                  Cedar P. Carlton #480255
                                                  1775 K Street, N.W.
                                                  Suite 600
                                                  Washington, D.C.  20006
                                                  (202) 659-8510
                                                  (202) 659-4082 (fax)