### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony J. Clark, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-197 (RBW) |
| ) | |
| Pope John Paul II Cultural Foundation, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PRAECIPE REQUESTING ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Cedar P. Carlton of Webster, Fredrickson & Brackshaw as an attorney of record for Plaintiff Anthony J. Clark in the above-referenced case.

The undersigned hereby certifies that she is a member in good standing of the Bar of this Court.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

*/s/ Cedar P. Carlton*
Cedar P. Carlton #480255
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff Clark

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of March 2006, a copy of the foregoing Praecipe Requesting Entry of Appearance was served by first class mail, postage prepaid, to:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

                                            */s/ Cedar P. Carlton*
                                            Cedar P. Carlton #480255
                                            1775 K Street, N.W.
                                            Suite 600
                                            Washington, D.C. 20006
                                            (202) 659-8510
                                            (202) 659-4082 (fax)