UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY J. CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POPE JOHN PAUL II CULTURAL )<br>FOUNDATION, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-197 (RBW) |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on May 17, 2006, it is hereby

**ORDERED** that the defendant shall respond to the plaintiff's written requests for discovery by May 31, 2006.  It is further

**ORDERED** that this case shall be referred to a Magistrate Judge for the purpose of mediation commencing on May 18, 2006, and concluding on July 17, 2006.  It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by August 14, 2006.  It is further

**ORDERED** that the defendants' expert disclosures under Rule 26(a)(2) shall be served by September 29, 2006.  It is further

**ORDERED** that discovery in this matter shall close on November 17, 2006.  It is further

**ORDERED** that dispositive motions shall be filed by December 18, 2006.  Oppositions thereto shall be filed by January 26, 2007, and replies, if any, shall be filed by February 16, 2007.

It is further

      **ORDERED** that a pre-trial conference in this matter shall be held on May 18, 2007, at 9:30 a.m.

      **SO ORDERED** this 18th day of May, 2006.

      REGGIE B. WALTON
      United States District Judge