UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony J. Clark,                )<br>                                           )<br>            Plaintiff,            )<br>                                           )<br>    v.                                   )<br>                                           )<br>Pope John Paul II Cultural Foundation, Inc., )<br>                                           )<br>            Defendant.         )<br>                                           ) | Civil Action No. 06-197 (RBW) |

### PRAECIPE REQUESTING DISMISSAL

THE CLERK OF THE COURT will please dismiss the above-referenced case with prejudice, as the matter has been resolved to the satisfaction of the parties.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW                    CARR MALONEY P.C.


 */s/ Bruce A. Fredrickson*                                                  */s/ Thomas L. McCally*
Bruce A. Fredrickson  #933044                                   Thomas L. McCally, #391937
Cedar P. Carlton #480255                                             Colleen E. Durbin, Esq.
1775 K Street, N.W.                                                         1615 L Street, N.W.
Suite 600                                                                            Suite 500
Washington, D.C.  20006                                             Washington, D.C. 20036
(202) 659-8510                                                               (202) 310-5500
(202) 659-4082 (fax)                                                       (202) 310-5555 (fax)
Counsel for Plaintiff                                                       Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this **5th** day of July 2006, a copy of the foregoing Praecipe Requesting Dismissal was served by first class mail, postage prepaid, to:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

    */s/ Bruce A. Fredrickson*
Bruce A. Fredrickson  #933044
Cedar P. Carlton #480255
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006
(202) 659-8510
(202) 659-4082 (fax)